IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bouge, Cynthia M

Printed: 12/02/08

Case Number: 05 B 10756
Judge: Hollis, Pamela S
Filed: 8/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 7, 2008
Confirmed: November 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,714.24 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 10,778.82 |
| Priority: |  | 0.00 |
| Administrative: |  | 967.00 |
| Trustee Fee: |  | 679.94 |
| Other Funds: |  | 288.48 |
| Totals: | 12,714.24 | 12,714.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Drew & Snyder Counselors at Law | Administrative | 967.00 | 967.00 |
| 2. | Community Hospital | Unsecured | 304.73 | 601.29 |
| 3. | Jefferson Capital | Unsecured | 108.65 | 214.39 |
| 4. | Patients 1st ER Med Consult PC | Unsecured | 22.31 | 44.02 |
| 5. | ECast Settlement Corp | Unsecured | 49.41 | 97.49 |
| 6. | Commerce Bank | Unsecured | 4,977.20 | 9,821.63 |
| 7. | Harris Trust & Savings Bank | Secured |  | No Claim Filed |
| 8. | Ford Motor Credit Corporation | Secured |  | No Claim Filed |
| 9. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 10. | Fleet Credit Card Service | Unsecured |  | No Claim Filed |
| 11. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 12. | Primary Care | Unsecured |  | No Claim Filed |
| 13. | Providian Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,429.30 | $ 11,745.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 152.48 |
| 5% | 63.76 |
| 4.8% | 99.77 |
| 5.4% | 223.80 |
| 6.5% | 134.04 |
| 6.6% | 6.09 |
|  | $ 679.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bouge, Cynthia M | Case Number:  05 B 10756 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/02/08 | Filed:  8/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

